**IN THE UNITED STATES BANKRUPTCY COURT**
**FOR THE EASTERN DISTRICT OF PENNSYLVANIA**

| | |
|---|---|
| IN RE: Arnetha A. Reaves | CHAPTER 13 |
| Debtor(s) | |
| | BKY. NO. 17-15238 MDC |

**ENTRY OF APPEARANCE AND REQUEST FOR NOTICES**

To the Clerk:

Kindly enter my appearance on behalf of Fay Servicing LLC, as servicer for Goldman Sachs Mortgage and index same on the master mailing list.

Respectfully submitted,

**/s/ Michael P. Farrington, Esquire**
Michael P. Farrington, Esquire
Attorney I.D. No. 329636
KML Law Group, P.C.
BNY Mellon Independence Center
701 Market Street, Suite 5000
Philadelphia, PA 19106
215-627-1322
mfarrington@kmllawgroup.com